UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CLAYTON R. COLLINS,<br><br>　　Defendant. | Case No. 3:12-cr-30139-JPG |

## MEMORANDUM AND ORDER

　　This matter comes before the Court to Amend/Correct Federal Sentence. (Doc. 40). The Defendant filed his motion on May 13, 2024. Being duly advised in the premises having fully considered the issues and arguments raised, the Court **DENIES** the motion.

　　The Defendant is currently serving a federal sentence for enticement and child pornography charges. The Defendant has also been sentenced on state charges. Collins has requested that the Court enter an order amending the judgment in this case to specify whether his federal and state sentences should be run concurrently.

　　The judgment in this case does not specify whether the federal sentence should be run concurrently or consecutively to his state sentence. (Doc. 33). In absence of a clear direction in the judgment document, the decision on how to run his sentence is not up to this Court and the Court sees no reason to amend the judgment at this stage to specify whether the sentence should be run concurrently or not. Accordingly, the motion is hereby **DENIED**.

**IT IS SO ORDERED.**
**DATED:  May 30, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ J. Phil Gilbert*
　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**